September 21, 2021
 UNITSETDA TDEISS TRCIOCUTR T Nathan Ochsner, Clerk
 SOUTHEDRINS TROIFCT TE XAS 
 HOUSTODNI VISION 
 ) 
COMMODITFYU TURTERSA DING) 
COMMISSION, ) CivAiclt Nioo4.n: 20-cv-03185 
 ) 
 Plaintiff, ) 
 ) 
v. ) 
 ) 
MAY COA LEXMIASL DONADO ) 
GARCICAE,S ACRA STANEJDOAE,L ) 
CASTANEGDAAR CIaAn,Rd O DRIG)O 
JOSCEA STRMOO LINjAo,i dn/tbl/ya) 
GLOBATLR ADICNLGU B, ) 
 ) 
 Defendants). 
 ORDEORF F INAJULD GMENBTY D EFAULPTE,R MANEINNTJU NCTION, 
 RESTITUTCIIOVNMI,OL N ETAPREYN ALTAYN,DO THEERQ UITABLE 
 RELIAEGFA INDSETF ENDARNOTD RIJGOOS CEA STRMOO LINA 
 I. INTRODUCTION 
 OnS epte1m12b,0e 2rP0 l,a iCnotmimfofFd uittuTyrr easdC ionmgm ission 
("Commiosr"s CiFoTfnCi""al )C e odm plfoarIi nnjtu nRcetlRiieveseft ,i CtiuvMtioilno ent,a ry 
PenaalntOdit ehEseq ru iRtealb(il"eeCf o mpolr"a CionImt.pa"" g )a Dienfsetn RdoadnrJtio gsoe 
CasMtorlo(i "nCaa satnrdo "oj)to,hi denortislbn yug s iansGe lsosTb raald Cilnu(gbE .CN Fo . 
l)ThCeo mplsaoiuingnthj tu nacnotdti heveqeru irtealbailswee ef al,stl h iem posoifct iivoinl 
penaflotvrii eosl,oa tftih Coeon msm odityA cE(tx" cAhc7atU n".g)Se§,. § 1C -.2 (62 0a1n8d) , 
thCeo mmission'(s" RReegguullpaarttoiimoounnlssg" a)t e1d7 C .tFhp.etRr1s.e-. u1 n9d0e.r1,0 
(2021). 
 TheC omplaalilntethgfr aeotsma t Aluegaus2st0t 1t 6h roOucgtho2 b0e1(r7t he 
"RelPeevarnito d"M)a yCAcalose tMxraiols,d oGnaard(co"i Maa ldoCneasCdaaors" t)a,n eda, 
anJdo Ceals taGnarec(dicaao lle"cDteifevnedlaoynp,te sr"ua)nt,dith enenrg a m"eG lobal 
TradCilnu(gb" "G TfrCa"u)d,u sloelnitaclltiye t a2es7cd tu stotmodee rpsoa sltie ta$ s9t8 9,000 
ionr dtesorp eciunpl raimtcoeev emoefBn ittsc aod iinga,is tsa(elCt o.m ,rp1,rl-. 2T )h e 
Complfuaritnahtle lrte hgaets Desfoelnicdcuaisnttteosudm s eimrnusgl tmieptlheio ndcsl,u ding 
aw esbi Ytoeu,T vuibdees ooscm,ie adlai naid,n -pmearrskoenpt riensge n(tCaotmi,rp1o l7n.-s . 
21D)efendants mtioas crteaupnaprdloe tseennttieadtl h pecu urpsotroetmxeetdrelsny s ive
trading oeftx rpaeedrmeiprelsnob cyyGee T dCa ,n tdh eex peecarntiendag nsbd o nutsheast 
GTCm arkedtoicnugmg eunatrsafo nrat lele dc u(sCtoomm,rpe1,rlran .s d2 . 2 -2T6oc) o nceal 

thefraiurDd e,fe ndcaanutmssie sdl etardaidnign g tsobt epa otseotmneeldniT tnhsee .s e 
misletardaisdutigan gt edminedona ttc sc uratelByi trcteorfliaenpdc uitrpn ogtr htee dly 
underbtyDa ekfeennd a(nCtosm,r.p3,r la . n2 d7 T)h Ceo mplaalilntethgD aeetsfe ndants' 
condvuicotlS aetcet6dci( o)o f tn h Ceo mmoEdxicthyaA nc(gtthe e "C7EU A."S)§.9, C( .1 ) 
(201a8nC)dF, T RCe gul1a8t0i1.o7Cln ., F §.1R8.(0 2.0l2( 1C)o.m,r p5 l). 
 II. PROCEDIUDRSALT ORY 
 OnS epte1m12b,0e 2rt0 hC,eo mmisfislieiodtCn so mpl(aEiCnNFto 1..) O n 
Decem3b12e,0r 2t 0hC,eo mmissseirCovanes dwt irttohh Ce o mpl(aEiCnNFto 3..0 .C)a stro 

failteaodn sowreo rt herrewsispteoto nh Cdeo mplaint;P laacicanoptrpidlfoffiire ne ngdtl ryy, 
odfe fapuulrts tuoFa endteR rualolefC ivPirlo cedu(rEeC N5Fo55 .7( O)an )A .u gu1s2t, 
202t1hC,eo urt Cldeerfakau stel oCnt at setr(reEodCN. Fo 5.8 T)h eretahCfteoe urdr,it r ected 
Plaitnmoto ivfoffer d efajuuldtg amgeaniCtna ssottrno o rb efoSreep te7m2,b0 e2r1 .N o(.E CF 
596,1 ) 
 The Comhmainsso sswiu obnm iitttMesod t ifoorEn n torfDy e fauJlutd gment, 
PermaInnejnutn ction, MRoensetPtieatnryua atlnitOdoyt n,hE, eq ruC iiRtveailblAil geeaf i nst 
Cas(t"rMoo tpiuorns"tu)Foa e nRdt..C iPv5..5 (ba)sw( e2al)sal,s uppoMretmionrga onfd um 
La(w' 'Memoraanandttd aucmh"m)e nt(sE CNtFoh s6e.2ar ne6dt3 oT).h C eo uhrats 
consicdaerreetfudhlC elo ym pltahiaenl tl,e goafwt hiioacnrwhsee ll-palnhedea rdteeabdky e n 
ast rtuheMe,o tiaontndh, Me e moranBdeuifumnl.gla_ yd viistneh pder emtihsCeeo su,r t 
hereby: 
 GRANTS thCeo mmisMsoitoianon'endsn ttehrfoesl lowFiinngdo ifFn agacsnt d 
ConcloufsL iafiownn dsi Cnagsl tiraoab stl aoel v li olaats�i lolneisgnt e hCdeo mplaint. 

AccordtihCneog ulnryot,iw s stuhfoeels l oOwridnweghr i (cihd):e tertmhiCanates vsti rool ated 
Sect6i(ocn)7U ( .lS)§.,9 C (.1 ) (2R0e1g8u)l;1a 8t0ai.no1ldn7C( .aF).,1R 8.0§.( l2(0a2()0i )i;) 
impoosnCe ass tro apS etrremeatin nejnutna cnt(dii ooirnid;)Ce arsstt opr aory e stiatnaud t ion 
cimvoinle pteanrayl ty. 
 IIIF.INDINGSO FFA CT 
A. ThPea rties 
 1. PlaiCnotmimffo FduittuTyrr easdC ionmgm isisasin io nnd epfeednedreanlt 
regulaagteocnrhcyay r bgyCe odn gwriertsehss pointfosyrai dbmiilniasnteden rfoirntcghi en g 
proviosfti hAoecn 7tsU , . S§.§C1 .- 2(620 18t)hC eoa mnmdi sRseigounl partoimounlsg ated 
there1u7Cn .d.FeRp r.t, 1s -.1 90) .( 2021 
 2. Defendant Rodrigo Jose Castro Molina is an individual residing in Houston, 

 Texas. He is also known by the names Rodrigo Castro, Jose Molina, and Jose Castro. He has 
never been registered with the CFTC. 
B. Defendants Solicited Customers to Purchase Bitcoin with GTC 
 3, In 2016, Defendants began to market a new business called GTC. The stated 
purpose of GTC was to offer customers an opportunity to profit from speculative trading that 
was based upon price fluctuations in Bitcoin. 
 4, Although Defendants marketed Bitcoin trading using the GTC name, GTC did not 
exist as a separate legal entity. 
 5. During the Relevant Period, Defendants continued to promote the GTC business 

_ using numerous channels, including a web site, www.gtcexchange.com (“GTC web site”); a 
smartphone app called “GTC Digital”; videos posted to a YouTube channel; and a Facebook 
page called Global Trading Club. The GTC web site and Facebook page presented Castro as a 
key leader in the company. On the GTC web site, Castro was listed a member of GTC’s “Master 
Council Leadership”; on the GTC Facebook page and Castro’s personal Facebook page, Castro 
was called a “Financial Advisor Bitcoin” and a “Master Council” for GTC. 
 6. Additionally, throughout the Relevant Period, Defendants made representations 
directly to actual and potential customers during GTC “cryptocurrency” seminars held by 
Defendants in Houston and elsewhere in the United States. During these seminars, Defendants 
shared a GTC marketing presentation, which contained the same representations found on the 
GTC web site and in the YouTube videos. = 
 7. The GTC seminars conducted by Castro included the following: 
 ¢ In September 2016, Castro and Maldonado spoke with potential customers in 
 Los Angeles, and Castro spoke with potential customers in Las Vegas. Castro 
 advertised these seminars in Spanish-language posts on Facebook;

 • InS epte2m0b1Ce6ar,s tCreosC,aa rs taJnoeCedalas ,t aGnaerdcaain ad, 
 Maldohnoasdato e sde amDtirn uaIrrny an n Sdu iitHneo su stCoans.tr o
 advertthsiees meiidnna a rS panispho-oslntFa ancgeubaogoek .
 • InN ovem2b0e1Cr6a ,s stproowk ietp ho tecnutsitaoilmMn ei rasmH ie. 
 advertthsiiessme idin anaS rp anish-plooasnntF g aucaegbaeosw o ekal,sal 
 Spanish-mlualntgimulaaergvkeeew lte isbni wgtwe w,n. iuversomilnm.com, 
 whiCcahs itrrsoe fereansac" esdofu cnidoa dor" a(s"t foruanndsilnagted 
 member""M)a saItnnedtr e rna"(c tiroannaasls"l Iantteedrn atioonfal Mast
 OTCC.a satlrpsourpo o rttaoec dh i"euevnxe p locsrievcoie mnai peenntaos 
 domse se(st"r ansals"ae txepdlg orsoiwivtthne w soh omrotn tfohrsO "T)C ;
 and 
 • InD ecem2b0e1Dr6e ,fe ndhaonsttsOe TdCh oal ipdaarfoytrp y o tential
 custoamthe oratis eHn lo ustMaolnd.o CneasdCaoar,s taJnoeedla, 
 CastaGnaerdcaainR ado, d rCiagsoat ttreon ded. 
 8. Defendmaanrtkste htOeeT dCb usitnone osns- Englirsehs-isodpftee hnaetksi ng 
UniStteadTt heOesT. Cw eb hsiigthel KiogrhetaaennSdd-p anish-speaking repre
thbeu siMnaelsdso.cn iardcouS lpaatnaeinKdsdo h r etarna nsolfta htOeiT oCmn asr keting 
presetnCota astatinrotdonh o et hDeerfe ndaaswne talssol, t hienrd ivwihdmoua arlkste htee d 
OTCb usionnbe eshsoa Dfle ffe ndaTnhYteo s u.T uvbiedw eeorasel t sroa nsilnSatptoae ndi sh, 
Koreaanondt, h leanrg uages. 
C. DefendMaandtFesa lasneMd i sleRaedpirnegs ewnhteaSnto iloincGsiT tCing 
 Customers 
 9. ThOeT Cw esbi Ytoeu,T vuibdeem oasr,k eptriensge natnadto/itoohOrneT srC, 
markemtaitneigrn icalltushdfo eel dl owrienpgr esentations: 
 • OTCe mplo"yoev7de5m r a sttreard ers"; 
 • Thetsrea hdaeydre sao r,tsfr adeixnpger ii"nec nrcycepu tror ency" tradin
 • OTCc ustomeric so" nctaipnibuteoaitulnrs gal idyane r de tailm e
 envirobnyom ueernx tpt,er ratad necdru stt eidnggte r ardoibn2og4ht osu ars 
 da7y ,d awyese ka. " 
 • "Wiotuhar u tomtartaesddoi ftnwgaa nrmdeo nitsoyrsittnergma a,dr deeos n e
 autom[astfoiircmc ]e mbweirntshor isFki.n talhbleey ws atty to r awdiet h
 noe xper'iPeyunotcub erci. ot ti wono frokyr o u(e' m.p"h iaonsr iisg inal)
 10.ThGeT Cm arkemtaitnefugrr itarhleespr r etshecanutts etdoc moeujrlosdoi nnoe f 
multGiTpCml eem berlsehvrieapln sgfr,io nm$g 2 5(0" Entreplreevtneo$el3 u)1r ,"0 00 
("FouTnrdaedlree rv"Te hlGe)T .Cm arkemtaitnesgre ifotar lthgs u arasnpteecdeiadfii cl y 
earniwnhgiswc,oh u ilndc rbeaasosenetd h ceu stommeemrb'esrl sehvaieGtplT C. 
 11.ThGeT Cm arkemtaitneogrff iearfulerstd eh aerrn tihnrgoisutm gsuh l ti-level
markesttirnuugcn tudrweehr,i c cuhs tocmoeuerlasdarn d ditmioonbneyayr l e ferrnienwg 
custotmoGe TrCCs.u stowmeerprers o maic saebsdoh ri fuoesra cdhi rreecfetri rtnah le, 
amouonft2p 0e rcoeftn hdtee pomsaidbteyt hree fercruesdt oCmuesrt.ow meerfreus r ther 
offebroendu fosrie nsd irreefecrratan lad"s b inmaartycb hoinnfougrs m "u ltim-alrekveetli ng 
"teaTmhsae.m "o uonftt hb eo nuisnecsr iecfau ssetdom maedareds d itdieopnowasiliGt tThsC , 
whipclha tcheeadmat h igmheemrb erlsehvwieipltG hTiCn. 

 12. Cmaasdtrere op resesnitmatittolih aoorsns efosetrt hi Pna rag9r-aa1pb1ho sv e
durtihnGegT Cs emiannaodrt sh,e r customeri nPm aereatgi6rn-aag8pbs ho asvdn eed,s cribed
whiCcahs atdrvoe rotnsi oscmeiedad li a. 
 13.Three presesnefottra tthPi aoirnnas g 9r-1a1a prfahels s Dee.fe ndeamnoptylse d
not radaennrdes i,ct rheeanrto uersd ea dnt yr adingA crcoobrodGtiTsnCc.g u lsyt,co ampeirt al 
wanso "tb etirnagid naer de tailem nev irobnmyoe unertx ,pt erratad necdru st etdigntegr ading 
rob2o4ht osu ard sa7 yd ,a ayw se ekA.d"d itioonnoearm l olrGyeT, Cc ustodminedor ts 
receaindvyae ie layrn ionrrg esfe rbroanlu ses. 
 14.Defendcaonntcset ahlefreiadru ducloenndbtuyc c atu smiinsgl etardaidnign g
statetmboee pn otssot neldiG nTeCc. u stocmoeuarlcsdc tehsoesn lsitnaet ebmyle ongtgsi ng 
inatw oe sbi te tahGneTd CD/ iograi ptupas,li anu gs ernaanmpdea sswOonrcldeo. g igne,d 
custocmoeusrlehsdeo mwu cmho ney etahrnefeyrd'oG dmT Csp' u rpotrrtaeoddn it nhge ir 
behaTlhfem.si es letardaisdntigan tge dminedona ttc sc urraetflteehlcBeyti tctoriand ing 
purpourntdeedrlbtyyDa ekfeennd aannldte asdlt e acsetrc tuasitno tmobe erlsit ehwveeeyr e 
earnisnigg nipfircoafrfinottmts h eBiirtc toriand ing. 
 IV.CONCLUSIOLNASW OF 
A. JurisdainVcdet niuoen 
 15.ThCeo uhrajtsu risodvitechrtai icsot nui nodn2e 8Ur . S§.1 C3.3( 12 0(1fe2d)e ral
question ajnu2dr8U i .sSd§.i1 Cc3.t4( i52o 0nG1)u2 r)i sodvicecirtav iciotlnci oomnms ebnyc ed 

thUen iStteadot rbe yas n ayg eanuctyh otrsoi ubzeyeA dco tfC ongress). 
 16.Casatnrhdoi c so -defesnodlaincctuisst teotdmto e rraBsdi et cwohiiiricas,h 
"commoudnidSteeyrc" t liao(on9ft ) hA ec 7tU ,. S§.lCa.(( 290)1S 8eC)eF. T vC.R eynolds, 
Nol.- 195-6c3v21-0,02 17 9W6L6 83a-*tM5 K( VS,. D.MNa.r2Y.2,. 0 2(1")V icrutruraeln cies 
suacsBh i tcaoreienn c ompiants hdseee fidn oift' icoonm moudnidSteeyrc' tl iao(on9ft ) hA ec t, 
7U .S§.l Ca.( 9) (201o8m)i.t"Ct)Fe T(dCc)Lvi;a.t iG anrtoLpi t.oqN n.os4,. : 20-cv2-002313 17, 
WL2 886a01t12 (3 S,. TDe.Jx u.3n 0e2, 0 21) J(.H()ic tiRtteniyennrgco, ol ndcsl,tu hdBaiitnt gc oin 
iasc ommoudnidSteyer c tliao(Cn9F )T)vC;.M cDon2n8eF7l.S l u,p 3pd2. 1 232,(8E .D.N.Y. 
201(8")V icrutruraeclna bcneri eegsu blyaC tFeTadCsa c ommodiCtFTyvC..M " c)D;o nnell, 
33F2.S up3pd6. 4 615,0 -(5E1. D.2N0.1(Y8e.)n teriennagtgj auiDdnesfetn dfoalnlto wing 
 gm 
bentcrhai nafidln ditnhbgai tt acnoldii nt eacrcoeoi mnm odCiFtTivCe.M s yB) i;Cg o iPna y, 
In3c3.F4,.S up3pd4. 9 429,5 -9M8a s(2sD0..1 ( 8d)e nmyoitnitgood ni smdiestse;r tmhianti ng 
an on-bviitrcctouuiranrl ie asn" ccyo mmoudnidttehyAre"c (tc)i UtniinStgte adt Berso ovk.s , 
68F1. 36d76 89,4 (-59Ct5ih 2r 0.1 2)). 
 17.Thutshc,eo ndauntcdrt a nsaaitcs tsiiuotnenh c sia sas rewe i tthhiCeno urt's
jurispduircsttuio7aoU nn.t S §.1 C3.a( -2l0 1w8h)ia,cu ht hotrhCieoz memsi stsosi eoenk 
injunacnotdti hrveeerl i indei fs ctoruiarcgtta iannpyse tr wshoenn eisvth eaarlp lpt eoa rt he 
Commistshsiauotcpn he rhsaosn enigesan ggeadgo,iri an sbg ,ot uoet n gianga ena yco tr 
practice avc ioonlsoatftti hiAteocu onttra i nnrygu rleeg,u loarotr idtoehnre, r eunder. Fina
theC ouhraptse rsjounrails odvitechrDte ie ofenn dbaenctah uers ees aindtrdea sn sabcutseidn ess 
witthhiiDsni stanrdoi tchte ernwgiasiegan ec dat nspd r acitnvii coelsoa ftt hiAeoc antn d 
Reguliatnth iDioisns sta rmioconttg,h p elra cVeesnp.ur eo pleirwelisytt hhCi osu prutr stuoa nt 
7U .S§.1 C3.a( e- )(1 2 0f1o2tr)hs ea mree ason. 
C. DefauJlutd gment 
 18.FeRd..C iPv.5. 5 a uthoadr eifazjueulsdt g wmheen"ntap aratgya wihnosamt 
judgfomrea nffitr marteilivisseeo fu hgahfasti ltepodl eoarod t hedrweife.sn.ed". F .e Rd.. 
CiPv.5. 5 (sae)ae;l N seowY orLkiI fneCs o.v. B. r ow8n4F, . 31d3 174,(1 5 Cthi 1r9.9 (6')' A 
defaouclctwu hresand efendhaafansit l teopd l eoarod t herrweisspteoot n hcdeo mplwaiitnhti n 

thtei rmeeq ubiythr eeF de deRrualleA sd "e)fa.ju uldtg mentb-yaic sosupurtue rds tuoa nt 
FeRd..C iPv.5. 5 ( b)a(ft2te)hrc e o ucrlte ernkt'orsfdy e fault-nwofhtai vloierw sei dt,th hien 
trcioaulsrt o'usdn ids cr(eMtaisvoLo.nin s 5t6eF2r2. ,d3 4334,(5 5 Ctih1r 9.7 7a)ni)dn, coafs es 
wildlefufalun losttu, b tjaoepc pte rlelvaetLreas ca2yl2,F.7 . a32td9 (2" fiAn dionfwg i llful 
defaeunltdths ie n qu[iowrfhy e tghoeocrda utsose ea ts iadd eefa euxlitsfo trws h]et,nh c eo urt 
findasni ntenfatiiloounfrra eels popnlseiavtdehi ennrgeeseb den oo thfienrd i(nign"t)e rnal 
quotaatnfidoo ontnsoo mtiet ted). 
 19.Distcroiuicrtnts Ctihriacsttu i imthe asvu es eat dh reea-nsatlieynps is 
adjcuadtidienfagju uldtg mmoetnito nwsh:e tdh(ee1far)ju uldtg impser notc edpurroaplelry, 
based faucptoiondr essn iitxini d fieendit Lnii fineddvs P.er yiC voer1 p6.F1 . 38d8(6 t5 hC ir. 
199(82)i)p;f r ocedpurroap"lewlrhy,et thhpeel ra inctliaafirfmess submsetrainttoirvieoluys ;"
an(d3i )sf u bstamnetriivtewolhryei tothuhreseer, q ureesltiieasedp f p ropCrFiTaCt ev.. 
RamiNroe4.z: ,1 9-c2v0-1W19L44 01,9 8a8*t57 7( ,S .TDe.xJ .u1 l7y2, 0 2(1E)l lJi.s)o n, 
(quoTtrianvgCe alsae.nrS dsu Cro.o. Af m v.H. ighMCaornksC torL..L, C N,o7 .: 16-cv-00255,
201W8L4 334a0*t12 6( ,S .TDe.Mx a.y 52 ,0 1(8A)l vJa.rT)eh.zfae ,c tiodresn itni fied 
Lindisnecyl( uiid)se s:u meast efaorcfi(t ai;el ix )i sotfse unbcset parnetjiu(adilcii lciae)or; fi ty 
groufonrdd esfa u(lidtve;)fa cualutbs yeg do ofadi tmhi stoarek xec usnaebgll(eev c)t ; 
harshann(edvs wish);e tthhceeor uw rotut lhdii ntkso ebllfit gsoee adts itdhdeee faounl t 
defendmaontti'SosenL e.i nd1s6eF1y. ,a3 8td9 s3e;ae l Lsaoi 2n0o2W,1L 2 886a0*t11 32 
(enterijnugd gdwmehefaenurtle t dfaeifelntedaodap npte ar). 
 20.ConsidoefLr iantdfaiscoetnyco lresdar elmyo nstthrdaaettfa jeuusld tg imsent 
procedauprparolphlreyir aBete.ec aDuesfeen dhaafansit l teorde sptotonh Cdeo mpliatisn t, 
wellfa-cptlaueladll e gaartteai koaenstns r 1u Rea.mi2r0e1Wz9L,4 198a8*t58 (7 c iting 

NishiCmoantCssotuL.. t, vd. H. o uston 5N1aF5t.2 .d 1 2B0a0n,k( ,51 Ct2ih01r 69. 7 (5")T he 
defendbanyht id,se faualdtmt,ih tpesl aintiff's wello-ffapc lte("ac)di etda tailolnesg ati
omittCeodn)s)e.q thueerarneetn lomy a,t eirsisoauffale c stI .d.( ciBtiienvlgH.e P rD ebt 
ExcLhL.CN,,o 3 .: 13-cv2-001W13L63 0298,3a 7*t22 2( ,N .TDe.Jx u.n 2e82 ,0 13)). Given 
thDaetfe ndwaapnsrt o pseerrlvayen tddh, ha eht a csh onsoettnor espaod nedfa,ju uldtg ment 
agahiinimsns te istuhbesrt apnrteijautldohli iycnm io haral r Ssehie.d C .o nvedreslealyyi,n g 
judgwmoeunpltrd e jtuhdpeiu cbieln itceg reenseatrn atdlh vleiy c toifDm esfe ndfranatu'ds 
specitfihcfoearm lelbryy fr; u strtahCteoi mnmgi smsiisosnsi'eRose&n W,T ecShe.rvL st.vd .. 
CFI'C, F2.30 d15 6 157,(3 5 Ctih2r 0.0 (0C)o ngirnecsrste haCeso emdm is"seinofonr'cse ment 

1 Factaulalle gaarwteei lolnt-ssop u iseatdd a eifanju uldtg smoel onantsgt hmeeye FteR d.. 
CiPv.8. ' fasi r-nsottaincdWeao rodtv.Me. cn D onTarladAn sssiotc ia7t8eF8s. ,43 9dI40 n9,c8. , 
(5Ctih2r 0.1 5). 
poweirnpsa b,re tc aoufts hfeeea trh uants cruipnudliovwuiesdr euena closu ramaagtietnuogr s 
traidtneh c eo mmodmiatrikteehstr sofr uaguhd ualdevnetr t(ci istiantgi"o)nan sdt hoem itted),
latbtyde erl aryeildnieges fit gmona ektdeh ewmh olTehg.er oufonrdd esfa aurlcetl early 
estabilnti hsDahetefe dn dhaannsota t n swoe,rr oetdh eprrwoiprseeers lpyot ntodh eed 
Complaanitdnh Ctel, eh rapksr opeenrtledyre efadau glathi inmsS.teB ei e2l0e1r3, WL 
3283a7*t22 2. 
 21.FurtthhCeeor m,m iscsliaoainssm' tssa itinet wdse llC-opmlpeld(a tianaktse n 
trguiev Deenfe ndfaainlttu'rorse e s paornsedu )b stamnetriivteoAlrs,yi d oiusscb.ue slsoewd, 
thefascete ss tatbhlDaietsfe hn daamnoton,tg h veiro larteipoenaastn,wed id stlhcy i enter 
engaignce odvr ieo laotfti hanoetn is- frparuodv iosfti hAoecn atsn Rde gulaAtdidointsi.o nally,
three qureesltiieasedp f p ropriate. 
D. CasVtiroo lSaetcet6di( oocnft) h Aec atn Cdo mmisRseigounl 1a8t0ib.oy1n 
 FrauduSloelnitcCliuyts itnotgmoT e rrasBd iet cTohirno GuTgCh 
 22.Sec6t(ilcoo))nft( hAec mta kie"tsu nlafowranfu ylp ersdoinr,eo crtly 
indireucsoterel myp,l ootrayo t, t etmuops otere m pliocnyo ,n newcit.ti.hao. c n o ntorfa ct 
saolfae n cyo mmoidnii nttye crosmtmaet.re.ac .ne my,a nipuolrda etcievdpeet vioivrce e 
contriincv oanntcrea,o vf[e tnRhteeig ounl at7Ui .oSn§.s9 C](..(1 "2) 0 1I8ns) u.p poofr t 
Sec6t(ilco,))lJt ( hCeo mmishsaaisdo onp ted 1R8e0g(.uawll)ha,it mciahok ineut sn lafowrfu l 
anpye rsiocnno ,n newcitatinhocy no ntorsfa acoltfae n cyo mmotdioin ttye,n toiro nally 

recklessly: 
 (IU)soer e mplooray t,t etmoup stoe re mplaonymy,a nipulative 
 deviscchee,om rae r,t itdfioe cfrea ud; 
 (2M)akoera, t tetmompa tka en,uy n torrmu ies lesatdaitnoegfma ent 
 matefraoictrato lo m tistot aam taet efarcintae lc eisonsr adrteymor a ke
 thset atemmaednneotu tsn torrmu ies le[aodri]ng; 
 (3) Engage, or attempt to engage, in any act, practice, or course of 
 business, which operates or would operate as a fraud or deceit upon any 
 person .... 
17 C.F.R. § 180.1 (a) (2021). 
 23. To prove a violation of Section 6(c)(1) of the Act and Regulation 180.1, the 
Commission must show that Defendants (1) made a misrepresentation, misleading statement, or 
a deceptive emission; (2) with scienter; and (3) that the misrepresentations or omission were 
material. CFTC v. S. Tr. Metals, Inc., 894 F.3d 1313, 1325 (11th Cir. 2018) (affirming summary 
judgment for CFTC, finding defendants violated Section 6(c) and 180.1(a)); McDonnell, 332 F. 
Supp. 3d at 717 (entering judgment against defendants for violations of Section 6(c)(1) and 
Regulation 180.1(a) following a bench trial where they operated a deceptive and fraudulent 
virtual currency trading scheme and misappropriated investor funds); see also CFTC v. Gelfman 
Blueprint, Inc., No. 17-cv-7181 (PKC), 2018 WL 6320656, at *8-9 (S.D.N.Y. Oct. 16, 2018) 
(entering default judgment against defendants who violated Section 6(c)(1) and Regulation 
180.1(a) by fraudulently soliciting and receiving funds from customers for the purpose of 
entering into contracts of sale of Bitcoin through electronic web-based trading platforms). 
Moreover, the deceptive conduct must pertain to a “contract of sale of any commodity in 
interstate commerce.” McDonnell, 332 F. Supp. 3d at 717. Here, the Commission satisfies each 
of these elements. 
 1. Castro Engaged in Fraudulent Conduct by Making Misrepresentations 
 24, Castro engaged in fraudulent conduct under Section 6(c)(1) of the Act and 
Regulation 180.1(a) by intentionally or recklessly making material misrepresentations with 
scienter to customers when soliciting them to speculate in Bitcoin through GTC: 
 25. From the initial solicitation of customers, Castro deceived potential customers 
with misrepresentations concerning: GTC’s employment of more than 75 “master traders” with 
 11 

 years of trading experience; GTC’s use of “cutting edge trading robots” trading 24 hours a day, 
 7 days a week;” and GTC’s guarantee of specific daily earnings and referral bonuses. Castro 
 continued the deceit by causing false information to be posted to a GTC web site and the GTC 
 Digital app, which misrepresented the purported profits being earned by and for customers, 
 thereby perpetuating the fraudulent scheme. 
 2. Castro Acted with Scienter 
 26. | The Commission can establish scienter under Section 6(c)(1) of the Act and 
 Regulation 180.1(a) by showing that the Castro “knew the representations [he made] were false 
 and were calculated to cause harm or by showing that the representations were made with a 
 reckless disregard for their truth or falsity.” S. Tr. Metals, 894 F.3d at 1326-27; CFTC v. RJ. 
 Fitzgerald & Co., 310 F.3d 1321, 1328 (11th Cir. 2002). “[S]cienter is established if Defendant 
 intended to defraud, manipulate, or deceive, or if Defendant’s conduct represents an extreme 
 departure from the standards of ordinary care.” S. Tr. Metals, 894 F.3d at 1327; RJ. Fitzgerald, 
 310 F.3d at 1328; see also McDonnell, 332 F. Supp. 3d at 721-22. 
 27. Castro acted knowingly or, at the very least, with reckless disregard for the truth 
 when he solicited customers on behalf of GTC by participating in seminars with his co- 
 defendants, and/or advertising GTC on his Facebook page and elsewhere. Castro knew or must 

. have known that the representations concerning the alleged expertise offered by GTC, and 
 GTC’s earnings and referral bonus plans were false. Castro knew that GTC employed no 
 traders, and neither created nor used any trading robots. Accordingly, GTC customer capital 
 was not “being traded in a real time environment, by our expert traders and cutting edge trading 
 robots 24 hours a day, 7 days a week.” (Compl. § 22) Accordingly, Castro acted with the 
 requisite scienter. - 

 12 

 3. ThMei srepresWeenrMteaa tteiroinasl 
 28.Alolft hfrea uduslteanttea mnoedmn itsss biyCo ansswt errmoea teArial. 
statoerom meinstis msia otne "r'iaira fel a soinnavbewlsoetu oclrod n siitd eirm ipno rtant 
deciwdhienttghmo e arka eni nvestMmceDnotn.3n"3e'F2l .S l u,p 3pda. 7t 2 (0q uoSt.Ti rn.g 
MetaIlns8c,9.F 4,3. da 1t3 2A7c)c.o buanlta anncpder so" fictosn sitnifotrumttaehta ai to n 
reasoinnavbewlsoetu oclrod n siimdpeorir ttnar natcd oimnmgo fduitty"u C rFeTsvC.. 
Rosen8b5Fe .rS gu,p2 pda. 4t 4 (8.D N.2J0.0C 0F)T;vC I. n Fti'Snle. r (N.vY.s).I, nc3.2F,3. 
Sup2pd4. 8 520,0 (-.0SD1. N2.0Y0(.4fi )n dtihn"agrt e asionnvaebwsloteuo clrodsn s.i.td.he er 
accuorf[a dceyfe ndraenptrse's]er netgaatridoinnsg gpaaiasnntlsd o csu.ss.iet.mso p moerrt ant 
imna kiannig n vesdtemcein(stqi uoont"aa ntcdii otnaostm iiotntse d)). 
 4. ThMei srepresWeenrItenCa otninoenwcsit tiaho nC onotfSra aolcfeat 
 CommodiinIt nyt erCsotmamteer ce 
 29.Castfrraou'dsua lcetnst wecroen naelwcsitotai hnoic,dnno ntempowriatnhe,ous 
contorfsa acoltfaesc ommoidinin ttye crosmtmaet2 rFeci era.sse t x,p lapirneevdiB oiutscloyi,n 
ias" commodwiittyth"him ene anionfSg e c1tai(oo9nft) hA ec 7tU ,. CS§..1 a((92)0 18). 
CFTvCM. c Don2n8eF7l.S l u,p 3pd2. 1 232,(8E .D.2N0.1(Y8".)V icrutrrueanclca binee s 
regubly(a ttehCdeF C]Ta sac ommodiTthyefa yl.w l.e .l.l -twhiceto hmimdnoe nfi niotf ion 
'commoadswi etalystl' h [ eA cdte'fisn]oi ft' icoonm moads'i atolitlehg seo'ro a dnsad r ti.c.l es 
.i wnh iccohn tforarcfu ttsud reel iavrpeerr eys oerin ntt hlfueyt udreeai ln(t.q "u o7tU i.nSg. C. 

§la((92)0 1r8e)c)o)n,s idd7:eieer3da2,tF1 i.S o unp3 pd3. 6 (6E .D..2 N0.1YS8e)se.u pra
SecItVi.oBn. 

2 Sec1tai(oo1nft3 h)Ae c 7tU ,. S§.l C(.a )((21031)8 ),t htdeee rm"fi cnoensot fsra altceot" 
inclsuadlaeegr se,e moefsn atlasne ad,gr eemtesone tlsl . 
 30.SecoDnedfe,n dfraanutdsu'sl cehnewtmh eiC,ca hs ptrroo maontpdea dr ticipated
inr,e loinie ndd uccuisntgot mgoe irtvshe e mmo ntepoyu rcBhiatscoeon ti hcneu stomers' 
behaClafsc tormom unwiicctauht setdo tmherrossuo gcmhie adlsi iata enmsde, wt i th 
custoimnfoe,rer xsa mLpalVsee ,g LaosAs,n geHloeuss,at noMdni ,a mtiso,o lciucsittot moe rs 
,p lafcuenw disGt ThC T.h ciosn dsuacttit sh"fieiec nso nnewcitttiheo"sSn te C.eh adbo&urne 
ParLkeL vPT. r o5i7cU1e. ,3S 7.7 ,(32807(1 fr4a)"u idcn o nnewcittaihp o"un r cohrsaa solefe 
as ecuhraiisnty v ovlivcetwdih tmoos o wkh,to r itetod a kew,hd oi vetshteemds oefwl,hv oe s 
trtiode idv tehsetm soefol,rwv hemosa intaanoi wnneedr isnhtieiprnfi e nsatni cnisatlr uments 
thfaatwl ilt thhirene lesvtaantdtu etfionri(yet mipohnaa)ds diessd ea)el; Ss EoCv .W yl7y8F,8 . 
Sup2pd9. 2 1,2 (0S .D.2N0.1(Y1i.)n dtuhcpeiu nrgc ohfsa esceu sraittiitseh"fiseie ns 
connewcitteihlo"en m oefSn EtRC u l10e b -5). 

 31.Asa lleingt ehCdeo mplaandiden tta aibloetvdhep e,r esenCtaasttiroons 
partiicnani dpa adtveedri tnicslneuuddm eedrf oruasu druelpernets ernetgaatGriTdoCin'nssg 
purcahnatdsr ea odfBi intgc Fooiernx .a mDpelfeen,d faalnsttesol GlyTd Cc ustoanmde rs 
prospceucsttiothvmaewet ir tsh "GaTuCt'ostm raatsdeoidftn wgaa nrmdeo nitsoyrsitnegm , 
traadrdeeos n aeu tom[astfoiircm c]e mbweirntsohr isTkoi. n"d nueccweu stotmsoee rnsd 
funGdTsCa, l frsaou duclleanitGmlTeyCed m plo"yoev7de5m r a sttreard weirtyshe" ao rfs 
"cryptocturraredexinpncegyr "i enc,re2 .2T )h (eCasonetmd hp oelt .hm eirs representatio
aboGuTtC p'usrp oBrittecdto rianad lilnegig nte hCdeo mplsaaitntiths" efyic no nnewcittiho"n 
requiorfSe emcetn6it(o cno) fth( elA )c atn Rde gulatioMnc D1o8n03n.3elF2l(.S lau ,)p 3.pd . 
a7t2 (3h oltdhimanatgt emriisarle preasneodnm tiastsaiinmoodinn sssa pproofcp ursitaotmieorn 
funrdesl attpoi rnogpt orsaeiddnvi inrgt ualw acisunc rr oennnceyc tion owfsi aotlfhe contra
commodiint iiencsto emrmsetCraFctTeevC) H. ;u ntWeirs2 e1F, S. u p3pd1. 3 1173,4 7-48 
(S.FDl2.a0 .1 (4")H uWnitsmeeir s reprtehrseae otnfret e etadun rnrd i osftkh ter ansactions. 
VictoifHm usn Wtiesrse c'hse tmees ttihfitaehtidi n sfo rmwaotuihloadnvi en fluetnhceeidr 
decitspoiu ornc hase commotdhiCetF iTeCas'l.sl eTgshaaettritieohs'fonefyircs neo ,n nection 
with' reqsueaielr CseFomT evCn.V t a.r"t2)u2;Fl8 .i 39,d4 1 ,0 (22 Cdi 2r0.0 (0d)e termiinn ing, 
thceo ntoefx tS e4cbt ioAofcn tt th,h"a e[t t iJnhtee anndddei drl eicbntek t wteheen 
advertiasntdeh mceeu nrrtesn cy tradmiinsgr erpernedseterhaneedtd va etarin'toyiin nss i nign 
connectwiiotnhs 'u gtghefuest tutreraden ss actions."). 

 V. ORDEFRO RR ELIEF 
A. PermaInnejnutn ction 
 32.ThCeo mmisisasiu otnh otrosi ezeaekndt,d h Ceo utroit m poisnej,u nrcetliiveef .
7 U.§S 3.laC( -.a(1 ) 2 01S8u)cr.he lmiaebyfe s oughta napyge ariwsnhosentn iestvh earl l 
apptetoarh Ceo mmistshsiauotcpn he r hsaoesnn gaigane nday co trp ractthivacitoe l tahtee s 
AcotrR egulations. 
 33.Asd escarbiobtvehedwe, e ll-pfalcetoasftd hCeeod m misCsoimopnl'aasni dnt, 
theev idencei nss uupbpomofiir ttMtsto etdie osnt,aa br leiasshol niakbellteih Chaaotso wtdir lol 
bear epveiaotlo aftt hAoecr at n Rde guluantlipeoesnrmssa nernetsltyra aneidnn jeodbi ytn heed 
CouTrth.e reCfoarseitp,sre orm anernetsltyre anijnoaeindnpd,er do hifrboimdt ierdeo crt ly 
indirectly: 
 a. Usionreg m plooyrai tntge mtpout soieren mgp lioncy o,n newcitatinhosy nw ap,
 orac ontorfsa acoltfae n cyo mmodiinttye criosnmt maetorerfoc rfe u,t ure

 deliovnoe rsr uyb tjteohc retu loefas nr ye gisetnetarinetymyd,a nipuolrative 
 decedpetvioivrcce oe n triinvv iaonlcoaef6t, (i lcoo))nft( hAec 7t ,U .§S9 .(C1.) 
 (2018); 
 b. Inc onnewcitatinhosy nw aoprc, o ntorfsa acoltfae n cyo mmoidinin ttye rstate
 commeorrcc oen,tfo rrfua tcutdr eel iovnoe rsr uyb tjtoe hcretu loefas n y
 regisetnettriioetn dyt ,e ntoirro encakll(leiuys)s so elre y m:p looyrai tntget,mo pt 
 usoere mplaonymy,a nipudleavtisiccvehe,eo mrae r,t tiodfi ecfrea (uimdia;)k e
 ora ttetmmopa tka enu yn torrmu ies lesatdaitnoegfma m e antte farciotart l o 
 omittos taamt aet efarcintae lc eisonsr adrteyomr a ktehs et atemmaednet sn ot
 untorrmu ies leoar(d iieinnigg);oa rga et tteeomn pg aignae na,yc ptr,a cotrice, 
 couorfbs ues iness, whicohp eorapasaefrt raeau tde so urop roda nenw cyoeuiltd 
 persiovnni ,o loaftRieognu 1l8a0t.i1lo7C(n .a F)§.,1R 8.0 (.2l0(2a1)) ;
 34.Casitasrl ops eor manreensttlreyan ijnoaeindnpd,er do hifrboimdt ierdeo crtly 
indirectly: 
 a. Tradoinon rsg u btjtoeh cretu loefas nr ye gisetnet(riatetshdy ta etr dme fiinse d

 iSne ctliao(on4ft 0 h)Ae c 7tU ,. S§.l Ca.( (4200)1 8)); 
 b. Enteirniatnnotgy r ansiancvtoi"locvnoismn mgo idnittey(r aetssh ttaestr" m is
 definieRnde gul1a.t13i7C,o . .nFR § .1 .(32 0)2fo,1r h iosw pne rsaocncaolu nt or
 fora nayc coiuwnnh tih cehh a asd iroeircn td iirnetcetr est; 
 c. Havianncgyo mmoidnitteytr reasodtnhes idb s e half; 
 d. Controordl ilrientcghtt eir nagfod rio nrog nb ehoafal nfoy t hpeerr osreo nnt ity,
 whetbhype orw oefar t toornroe tyh eriwanin asyce c,o iunnvto clovmimnogd ity
 interests; 
 e. Solicrietcienoigrav, ci cnegap ntfuyin ndfrgs o ma npye rfosrot nhp eu rpoofse 
 purchoarss eilnalgni_cyn o gm moidnitteyr ests; 
 f. Applfoyrir negg isotrcr laatiiemoxinen mgpfr toimro eng iswtirttahhtCe iF oTnC 
 iann cya paacniedtn yg,a gainnaygc tiirnve iqtusyiu rrciehng gi sotrration 
 exempfrtoimro eng iswtriattthhiCe oF nTe Cx,c aepspr to vfoirdi enRd e gulation
 4.14(1a7C) .(F9§.)4 R1,..4 (a()2(092a)1n )d;/ or 
 ·g. Actaisanp gr in(caitsph taaeltri dmse finienRd e gul3al.t( ia1o)7Cn, . F.R.
 §3.l((2a0)2a 1g)eo)nra,t n o yt hoefrfi ocree mrp loofya enpeye r(saothsna t
 teirdmse finien7Ud . S§.l Ca.( 3r8e)g)i,se txeermepfrdto,emr d e gistration o
 requtiobr ere edg iswtiettrhhCe eFd T eCx caespp rto vfoirdi en1d 7C. .FR . 
 §4.41(a )((92)0) 2.1 
B. Restitution 
 35.ThCeo mmisisasiu otnh otrsoie zeaekndt,d h Ceo utriotm poesqeu,i table
remefodri evsi oolfta hAteci iton,nc sl "urdeisntgti pote urtswiohonhonsa vseu stlaoisnseeds 

proxicmaautbseyesl duy cv iho l(aittnhia eom no uonfst u clho ss7eU s.)S.§."1 C 3.a -l(d)(3)(A
(2018). 
 36.Restietxuittsoit osrn te hssett oaqrtueuao sn m da ktehi en juprarewtdhy o le.
 ( 
PorvtW.ea rr nHeorl dCion3.g2,U 8 . S3.94 50,(21 9(4e6q)u irteasbtliceto untsoiifos nt s 
"resttohsreti aqntuguao sn o dr detrhrieen tgou ftrn h wahti rcihg hbtefulloltnytog h pseu rchaser 
ort enaWnhte"ra)esh., e rade e,fe ndanti nse ynsgtaeagmnepadset rivcfra asuiadvlfu,eln ds 
obtabiythn eei dl leengtaelrpm rabiyes i en cliuntd heceda lcuolfra etsitoinSt euet ion. 
McDon3n3eF2ll.S , u p3pda. 7t 2 6(-h2o7l tdhiiancntga soefps e rvasiuvnedt ehfrAreac utd, 
thaep procparlicautolefra etsitoiintn uctlaiulcodlune s st loomseesrve weshn e orneal s yu bosfe t 
thocsues totmeestrtotsi h fleyo stshesesuy s toanit nhgeerd o utnhdraset l ioantn hcee 
defendfranatui'dpss r esusmeeaedl H)su;on tWeirs2 e1F, .S up3pda. 1t 3 5(2d eterimni ning 
connecwtiivtoihno laotfSi eocnt6si( oocfnt) h Aec atn Rde gul1a8t0ti.ho1"an [t t s]yhset ematic 
anpde rvnaastiouvf[re te dh eefe ndafrnatun'des c]e srseisttaitnteooustnt foliryo nrt ehtea il 
custowmhetore ss ttitofih leeod s tshesesuy s tdauiteno[ e tddh eefe ndasncth'ebsmufo]etr ,a ll 
of[ defendcaunstt'osm]e rs as well"). 
 37.HerCea,s atnrdo c hoi-sd efesnodl�inactltise t aesdt fr$o9m8G 9T,C550 
customers. 
 38.AccordCiansgtlrypo,a ys,hjaaolnilsdn e tvlewyr iattlhhloe yt hDeerfe ndiannts 
thciassr ee,s tiittnuh atemi oouonnfn t i hnuen deriegdh,t tyh-onuisfinavene d-,hu finftdyr ed, 
dol(l$a9r8s9 (,"5R5e0s)tO ibtluitgiaotni on"). 
 39;P ost-jiundtgesmrheenaastlct lco rntu heRe e stiOtbultiigboaentg iiononnnt i hneg 
daotfee n torfty hO irsd aenrsd h abledl e terbmyui snietndhTg er eaBsiurlralypt ree vailing on
thdea otfee n torfty hO irsd peurr stu2oa8 Un .tS §.1 C9.6 1. 

 40.Toe ffepcaty moeftn htRe e stiOtbultiigaoannttd ih doein s troifab nuytion 
restiptauytmiteooGnn Tt Csc' uss totmhCeeor usar,pt p otihNneat tsi FountauAlrs esso ciation 
("AN"Fa) sM onitor (T"hMMeoo nniistthooarrl" l) .rr eescteipitavuyetm ifreoonnmt sC astro 
anmda kdei stribausste foitro tbnhes l oBwe.c atuhMseoe n itaocrta isian snog ffi coeftr h is 
Couirpnte rformtihnesgse er vtihcNeeFA s s ,h anlobltel iafobral neay c toirio nna catriiosni ng 
fromN FA 'asp poinatMsmo enniottth oetrrh, aan c tions involving fraud. 
 41.Cassthramola lkR ee stiOtbultiigpoaanty imoeannl towsni,gta hn y paoyfments 
post-jiundtgmeeurnnetdts ehtrOi, rs d tetor hM eo niittno hre nameR o"dCr-aisgtor o, 
RestiFtuuntadin"sod hn as lelns udc pha ymbeyne tlse ctfurnodtnsri acno srfe Urb.,ypS o.s tal 
monoeryd ceerr,tc ihfieebcdak nc,ka shciheeroc'rbks a, nm ko noeryd tetor hO,effi coef 
AdminisNtartaiFtouintoaunlr, e s A3s0Ss0oo ucRtiihav teiProlsnai,Szd uaei, t eC h1i8c0a0g,o , 
Ill6i0n6ou0in6sd ceorvl eertt thieadrte nCtaisfatinretdosh n ea me doacnnkdue mtb oeftr h is 
proceCeadsistnhrgaso.li lm ultatrnaenoscumosipltoiy fte hsce o vleerta tntedhr foe r mo f 
pa enttot h Ceh iFeifn ancial Officer, CommodTihtrye eF utures T 
ym 
LafayCeetntt1er1 e52,51 Ssttr NeWe,Wt a,s hinDg.tC2o.0n 5,8 1. 
 42.ThMeo nitor sthhaRele ls toiOvtbeulrtisigeaoaenntsd ih oahnla lvt ehd ei scretion
tdoe termtihmneae n noefdr i stroifsb uucfuthni doisnan ne quitabtloGeT Cfac'sushs itoonm ers 
idenbtyit fihCeeFd T oCrm adye fedri struinbtsuiutltci hioa mnset hMeo nidteoerm s 
appropriate. 
 43.Cassthracolo lo pweirttahhtM eeo niatsao prp rotppor rioavstiuedc eh 
informaatsth iMeoo nn idteoerm s naencadep spsraortpyior d ieanGttTeiC sfc' yu stotmoe rs 
whotmhM eo nitiotsrso,d l ieis nc rmeatdyie otne,rt mioin nceli uand npeyl foarnd istroifb ution 
anRye stiOtbultiigpoaant einotCnsa .s sthraeolx le caundtyoe c umneenctesst rsoea lreya se 
 ym 
fundtsh haeht a isna nrye posbiatnioknr,vy e,s tomtehfinentra noicrni satli wthuetrieovne,r 
locaitone rddt,eom r a kpea rotrti oaptlaa ylm tte onwtahrRede stiOtbultiigoant ion. 
 44.ThMeo nisthoaprlr lo vtihCdeFe T aCtt h bee ginonfei anccgha leynedwaairrat h 
repdoertta tihldeii nsgb urosffue nmdtesoGn T tC c'uss todmuertrihsnpe gr evioTuhse year. 
Monisthoatrlr la nsmitu ntdhaeci ros v lererett pthoieartdrt e ntthinefia emasen d do cnkuemtb er 
oft hpirso cetetodh Ciehn igFe ifn aOnfcfiicaCelor m,m oFduittyu TrreasdC ionmgm ission, 
ThrLeaefae ytCteen t1r1e52,51 Ssttr NeWe,Wt a,s hinDg.tC2o.0n 5,8 1. 
 45.Thaem oupnatysat boela ecG hT Cc ustsohmanelorllt i mtihateb iolfai ntyy GTC
custfroommpe rro vtihanagr gte aatmeoru notw efridos mC asotrar nooy t hpeerr osreo nnt ity, 
anndo thhienrsgeh iabnlec l o nsitnar nuwyea dty ol i moirat b ritdhrgeie g ohfat nsGy T C 
custtohmeaextriu sntds etroa trce o mmloanw . 
 46.PurstuRoa unl7te1 tohfe FReudleoerfCs ai lvP irlo ceduGrTeCc, u setaocmhe r
whsou ffearl eoidses sx plmiacdiaetni l nyt etnhdierdydb -epnaerfiotcfti haOirrsyd a enrmd a y 
seteeokn forocbee dioeftn hOciresd teoor b tain soafat nipyso farctotiftoi hrnoee n s titthuatti on 
hasb neoepntab iydC astteor nos cuornet icnoumepdlw iiaatnnhcpy er ovoifts hiOiorsnd aenrd 
thoo ld iCcnao snttrfoeorma pnvtyi olaotfai npoyrn osv oifts hiOiorsnd er. 
 47.Tot heex ttehnaatntfu y n dasc ctrtou heUe . TSr.e afosrus rayt isofafction 
CastRreos'tsiO tbultiigosanut cfuihno dnss,h abletl r anstfeorr Metodhn eifo trdo irs bursement 
ianc corwdiattnhhpce re o cesdefoutrr taehbs o ve. 
C. CivMioln etPaeryn alty 
 48.Purstuo7aU n.tS §.1 C3.a -l((2d0)1a(8nl1)d)7C, . F§.1 R4.3( .280 2t1h)e, 
CFTiCas u thotrosi ezaece kid mv oinle pteanratylh itansyto mto rteh tahnhe i gohfte rri ple 
Defendmaonnte'gtsaa frironym e avciho loaftt hiAeoc not r$, 1 873,p 4ev3ri2 olpaetniaolnt y. 
 49.Takaestn r utheae,l legoaftt hCieoo mnpsl easitnattbh lCaiatss htw rhbooi, l led

himsaesa"l fofu ndmienmgba enr"d"i nternmaatsitooefGnr Ta"Cla , d veratnpidas retdi cipated
ianlt e afosustrp ecpirfiecs enttoGa TtCci uosntso Tmheaerl sl.e goaftt hCieoo mnpsl aalisnot 
estatbhlCaiatss hat nrtdoh o et hDeerfe ndmaandnteus m erfaolusrsee preseanttth aefotsuiero ns 
GTCe vents. 
 50.ThCeo ufirntdt sha ap te naolf$t 7y4 9,r7e2p8r,e stehmneat xiinmpgue mr 
violatifoorne apcoehftn hpaerl etsye nwthaiCtcaihso atndrsvo e ratnpidas retdi ic(ni p4a txe d· 
$187,i4as3p 2p)r,og pirviteahgnter e a vofiC tays tvrioo'lsa tions. 

3 Thiitssh ien flationm-aaxdijmCuuMsmPfot ree adcv hi olfoartC iEoAvn i olaotcicounrrsi ng 
aftNeorv 1.2, 0 1S5e.Ce F TACn nuAadlj usotfCm ievnMitol n ePteanraytl Rote ifleesc t 
Inflatio8n6F- e2Rd0e.2g7 1.8, 0( 2F e2b2,.0 2(1c)o dai1tfi7 Ce .dF §.1 R4.3( .280 21)). 
 51.Simitlhacirislmv yoi,nl e pteanrayicl sot nys iwsitpterhne tc edentth afitnding 
"tChoeu irfrste tefao s hiaco inmv oinle tary pentaotl htgeyr aaovpfitp thoryeffo epnrsiea taen d 
suffictiaoe cnattsa d eterCrleon,2ut 0d.1W"1L 1 157a5t31*02( , c itoamtiitotInentsd h )i.s 
circumstance, 
 [P]ensailgttnihiieefyms p orotfpa anrctei culaorft hApecr .to. av.ni adsc titoo ns 
 vindtihceapstreeo viisinin odnisvc iads.ue.Cas.il v il mpoenneaatlrataeril yes so 
 exemplarreym;bi ontttdhhh ree ey c iopfti hepene tn aalnotdty h er .p.te.hr astons 
 nonmcpolicaanrcarec i oesTstoe . ff etchtei xse mppluarproys e, thnaott cost mus
 bet oloo owrp otevnitoilamalat byoe er nsc outreoa nggeiadgni le l ceognadlu ct.
CFTvCT. o tCaalGl rpl., I n,Nc o.4.: 10-cv2-001W02L51 1634,2 a1*t91 6(2,E .TDe.Mx a.r . 
302,0 1(2c)i toamtiitotnesd ). 
 52.AccordCiansgitolsrry od, e trpoe aadyc imvoinle pteanraiylt nth ayem ,ooufnt 
Seven-,hfo urntdyr-endines-etvheonu-shtauwnneddn,rt eydd-o,el ilgahrts ($749,728) 
CMPO bligation") 
 53.Post-judgsmhenaatlc lco irnntu theCee MPr Oebslti gbaetgiiononnnt i hdneag t e
ofe ntorfty hO irsd aenrsd h abledl e terbmyui snietndhTg er eaBsiurlralypt ree vaointl hien g 
daotfee n torfty hO irsd peurr stuo2a 8Un .tS §.1 C9.6( 12 018). 
 54.Castrpoa tysh CheMPa lOlb ligaantdi poaonns yt -jiundtgebmryeee nlstet c tronic
fundtsr anUs.fepSro.,s m toanloe ryd ceerr,tc ihfieebcdak nc,ka shciheeroc'rbks a, nm ko ney 
ordIepfra .y mietsnbo te m adoet htehrba yne lectfurnodtnsri acnt shfeterhnp,e a ymsehnabtle l 
madpea yatbotl hCeeo mmoFduittuyTr reasdC ionmgm isasnsideo tnnott h aed drbeeslso w: 
 MAC/SEC/AMK.326 
 CommoFduittuTyrr easdC ionmgm ission 
 DiviosfEi nofonr cement 
 650S0M. a cArBtlhvudr. 
 HQR oo1m8 1 
 OklahCoimtOayK7 , 3 169 
 (40955)4-o6ffi5c6e9 
 (4 0955)4-f1ax620 
 9-AMC-AR-CFTC@faa.gov 
 55.Ipfa ymbeyen lte ctfurnodtnsri acni scsfeh ro sCeanss,th racolo ln tMaacrti e
Thomoerh esru ccaettsh saeod rd raebsotsvro ee cepiavyemi ennstt rauncsdth iafuollnlls y 
compwliytt hho isnes truCcatsistohrnaaoslc .lc omppaaynmyoe ftn htCe M PO bligwaitati ho n 
covleertt thieadrte nCtaisfiatenrstdo h n ea maend do cnkuemtb oeftr hp irso ceeCdaisntgr.o 
shaslilm ultatnreaoncusosmplioiytfte hsce o vleerta tntedhr foe rm ofp aymteotn htCe h ief 
FinaOnfficcieaCrlo, m moFduittuTyrr easdC ionmgm isTshirLoeanefa, y Ceetntt1er1 e52,51 st 
StreNe.tW,W. a,s hinDg.tC2o.0n 5,a8 n1d, Aimee LCahtiiTemrfeiA rat-ltZ oarnyeeyt,s , 
CommoditTyr FaudCtiounmrgme issD siivoionsfE,i n ofonr ceI1m 5e25ns1t tS ,t rNe.eWt.,, 
WashinDg.tC2o.0n 5,8 1. 
 VI.MISCELLANEPORUOSVI SIONS 
 56.EquiRtealbilTeehif en: j unctiver ealpnirdeo fve iqosuftii hoOtinrassdb s elhrea ll
beb induipnoCgna satnrudop oannp ye rswohnaosr a ec tiitnnh gce a paocfai gteyon ffitc,e r, 
emplosyeereva,at nttos,rnu ecyc,e ssaosrs oiafCgn ands /taornrod ,u ppoenr asacontniyi n n g 
actciovneco erpr atr ticwiipCtaahts withorronoe ceaicvtneuosat loi ftc heOi rsd beypr e rsonal 
servoitchee rowr ise. 
 57.NotiAclenlso :t irceeqsuti bore ge idvt eotnh C eo mmisbsyai noyn provision 
 ·, 
thOirsd sehrab lesl e cnetr tmiafiireled,t r urne creeiqpute assfot leldo,w s: 
 RichAa.Gr lda ser 
 DepuDtiyr ector 
 CommoFduittuyTr reasdC ionmgm ission 
 DiviosfEi nofonr cement 
 ThrLeaefa yCeetntter e 
 115251 Ssttr NeWe t, 
 WashinDgC2t 0o5n8,1 
 58. Continuing Jurisdiction of this Court: This Court shall retain jurisdiction of this 
case to assure compliance with this Order and for all other purposes related to this action. 

‘IT IS SO ORDERED on this Aistday of September , 2021. 

 SIM cae 
 UNITED STATES DISTRICT JUDGE 

 23